# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number EDCR-17-146 Defendant Number 2

U.S.A. v. Charles Kaye Year of Birth 1970

☒ Indictment ☐ Information Investigative Agency (FBI, DEA, etc.) Dept. of Transp., OIG

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☒ Felony

b. Date of Offense: July 17, 2012 and prior

c. County in which first offense occurred:

Riverside County (other prior acts in Ohio)

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☒ Riverside ☐ San Luis Obispo
☐ San Bernardino ☒ Other Perrysburg, Ohio

Citation of Offense 18 USC 371, 49 USC 5104(b), 5124, and 49 USC 5124, and Title 49 Regs.

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☒ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☒ No ☐ Yes

If YES Case Number ________

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ________

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: ________

Case Number ________

Charging ________

The complaint: ☐ is still pending

☐ was dismissed on: ________

2017 JUL 13 PM 4: 17

FILED

**PREVIOUS COUNSEL**

Was defendant previously represented: ☐ No ☐ Yes

If YES, provide, Name: ________

Phone Number: ________

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes* ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No

This is the ________ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

________

Case Number ________

The superseded case:

☐ is still pending before Judge/Magistrate Judge

________

☐ was previously dismissed on ________

Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in case-in-chief? ☒ Yes* ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required? ☐ YES ☒ NO

If YES, list language and/or dialect: ____________________

**OTHER**

☒ Male ☐ Female

☒ U.S. Citizen ☐ Alien

Alias Name(s) ____________________

This defendant is charged in: ☐ All counts

☐ Only counts: 1, 2, and 3____________________

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No

If YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption

☐ government fraud ☐ tax offenses

☒ environmental issues ☐ mail/wire fraud

☐ narcotics offenses ☐ immigration offenses

☐ violent crimes/firearms ☐ corporate fraud

☐ Other ____________________

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: ____________________

b. Posted bond at complaint level on: ____________________

in the amount of $ ____________________

c. PSA supervision: ☐ Yes ☐ No

d. Is on bail or release from another district: ____________________

Defendant is **in** custody:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of institution: ____________________

c. If Federal: U.S. Marshal's Registration Number: ____________________

d. ☐ Solely on this charge. Date and time of arrest: ____________________

e. On another conviction: ☐ Yes ☐ No

IF YES: ☐ State ☐ Federal ☐ Writ of issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES: ☐ State ☐ Federal AND

Name of Court: ____________________

Date transferred to federal custody: ____________________

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P. ______ 20 ______ 21 ______ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____________________

Date: July , 2017

[signature]
Signature of Assistant U.S. Attorney

Amanda M. Bettinelli
Print Name